# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2014

148855

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

MEGAEL T.J. CLEMONS,
          Defendant-Appellant.

SC: 148855
COA: 312474
Oakland CC: 2011-239290-FC

_____/

On order of the Court, the application for leave to appeal the January 21, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2014



d0917

Clerk